Eastern District of Kentucky
FILED
MAR 03 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 22-25-DCR

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

**MOTION OF UNITED STATES FOR ISSUANCE OF SUMMONS**

**GREGORY A. EVANS** **DEFENDANT**

* * * * *

The United States moves for the issuance of summons for the presence of the Defendant, Gregory Evans, to answer the felony charges returned by the Grand Jury on March 3, 2022.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: [signature]

Zachary Dembo
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4908
Zachary.dembo@usdoj.gov